Douglas N. Freifeld, SBN 114804
dfreifeld@fagenfriedman.com
Lenore Silverman, SBN 146112
lsilverman@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants SAN FRANCISCO UNIFIED
SCHOOL DISTRICT and ANGIE SHARBAUGH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| T.M., a minor, by Guardian ad Litem LATANYA BENSON and LATANYA BENSON,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, ANGIE SHARBAUGH, individually and in her official capacity and DOES 2-20,<br><br>　　　　　Defendants. | CASE NO. C09-01463 CW<br><br>**STIPULATED REQUEST AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:　　　None Set |

　　　The parties in the above captioned case hereby make this Stipulated Request that the Court continue the Initial Case Management Conference currently scheduled for October 8, 2009, and all related case management and initial disclosure deadlines on the ground that defendants' Motions to Dismiss and Strike portions of the Second Amended Complaint will be heard by the Court that same date, and the pleading in this matter will not be settled until some time after the Court issues its rulings on those Motions. Therefore, the parties hereby agree to and stipulate that:

WHEREAS, Plaintiffs Latanya Benson and T.M. filed a Second Amended Complaint on July 30, 2009;

WHEREAS, Defendants San Francisco Unified School District's and Angie Sharbaugh's Motions to Dismiss and Strike portions of the Second Amended Complaint are set for hearing on October 8, 2009;

WHEREAS, Defendants have not answered the Complaint and will not be doing so until some time after resolution of the pending Motions to Dismiss and Strike;

WHEREAS, the Initial Case Management Conference in this matter is currently scheduled for October 8, 2009 – the same date as the hearings on the Motions to Dismiss and Strike;

WHEREAS, the Court's rulings on these Motions could eliminate parties and causes of action and/or require Plaintiff to file another amended complaint;

WHEREAS, the parties agree that holding the Initial Case Management Conference and serving Federal Rules of Civil Procedure Rule 26 Initial Disclosures prior to finalizing the pleadings would not be a productive use of the Court's and the parties' resources;

WHEREAS, the parties recognize that the Court's rulings on the Motion to Dismiss the Second Amended Complaint may require Plaintiff to file and serve a third amended complaint, which would potentially be subject to further motions by the Defendants;

WHEREAS, given the possibility of further amendment and motions, the pleadings in this matter may not be settled for at least 60 days after the Court issues its rulings on the defendants' Motions to Dismiss and to Strike; and

WHEREAS, on October 5, 2009, the parties participated in a telephone conference with the Court's ADR Coordinator Robin Siefkin, discussed the issues related to ADR and made known to Ms. Siefkin their preferences in this case.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective undersigned counsel, that the Case Management Conference currently scheduled for October 8, 2009 and all corresponding deadlines pursuant to

Federal Rules of Civil Procedure Rule 26 and related Local Rules should be vacated. The parties request that the Court vacate these dates and continue the Case Management Conference for a date at least 60 days after the Court issues its rulings on Defendants' Motions to Dismiss and Motion to Strike. Furthermore, the parties request that all case management and initial disclosure deadlines as set forth in Federal Rules of Civil Procedure Rule 26 and the related Local Rules be reset in relation to the new Initial Case Management Conference date.

IT IS SO STIPULATED.

Dated: October 5, 2009  **Adams ESQ, a Professional Corporation**

/s/ Jean Adams
by JEAN ADAMS

Attorneys for Plaintiffs

Dated: October 5, 2009  **FAGAN, FRIEDMAN & FULFROST, LLP**

/s/ Douglas N. Freifeld
by DOUGLAS N. FREIFELD
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference schedule for October 8, 2009 in the above captioned matter is hereby **continued to 12/8/09 at 2:00 p.m**. Furthermore, all case management and initial disclosure deadlines are also continued and are reset in relation to the new Case Management Conference date pursuant to the Federal Rule of Civil Procedure 26 and the related Local Rules.

Dated: October __6_, 2009

_____
Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

00239.00157/160904.1