Douglas N. Freifeld, SBN 114804
dfreifeld@fagenfriedman.com
Lenore Silverman, SBN 146112
lsilverman@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants SAN FRANCISCO
UNIFIED SCHOOL DISTRICT and ANGIE
SHARBAUGH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| T.M., a minor, by Guardian ad Litem LATANYA BENSON and LATANYA BENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT and ANGIE SHARBAUGH,<br><br>Defendant. | CASE NO. C09-01463 CW<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO ANSWER SECOND AMENDED COMPLAINT OR RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Trial Date: None |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

WHEREAS, on or about January 16, 2010, the Court granted in part and denied in part the San Francisco Unified School District's ("District") and Angie Sharbaugh's (collectively the "Defendants") Motion to Dismiss portions of Plaintiffs' Second Amended Complaint ("SAC");

WHEREAS, in the Court's Order, Plaintiffs were granted leave to amend to file a Third Amended Complaint ("TAC") within twenty-one days from date of the Order to pursue only certain claims as specified by the Court in the Order;

WHEREAS, the Court further ordered that "[i]f Plaintiffs do not file a TAC, Defendants' answer to the SAC is due two weeks from the date of this Order;"

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

1  WHEREAS, Plaintiffs' deadline to file a TAC falls after Defendants' deadline to answer
2  the SAC, and the parties recognize that judicial economy and the parties' resources would be better
3  served by continuing the deadline for Defendants to answer the SAC so that it is aligned with the
4  Court ordered deadline to answer or move to dismiss a potential TAC;
5  WHEREAS, the Court has ordered that if Plaintiffs wish to file a TAC, they must do so
6  within twenty-one days (by February 8, 2010) from the date of the Court's January 16, 2010 order;
7  WHEREAS, the Court has further ordered that if Plaintiffs file a TAC, Defendants' answer
8  or motion to dismiss is due three weeks from the date the TAC is filed, Plaintiffs' opposition is due
9  two weeks thereafter and Defendants' reply is due one week thereafter;
10 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
11 parties, by and through their respective undersigned counsel, that if Plaintiffs do not file a TAC,
12 Defendants' answer to the SAC is due three weeks from Plaintiffs' February 8, 2010 deadline to
13 file a TAC.

**IT IS SO STIPULATED.**

DATED: January 27, 2010        Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP


By:  /s/ Joshua A. Stevens
     Joshua A. Stevens
     Attorneys for Defendants SAN FRANCISCO
     UNIFIED SCHOOL DISTRICT and ANGIE
     SHARBAUGH


DATED: January 27, 2010        Respectfully submitted,

ADAMS ESQ, A Professional Corporation


By:  /s/ Jean Adams
     Jean Adams
     Attorneys for Plaintiffs T.M., a minor, by
     Guardian ad Litem LATANYA BENSON and
     LATANYA BENSON

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the deadline for Defendants to answer the SAC or answer or move to dismiss a potential TAC is continued as outlined above.

DATED: 2/1/10

*/s/ Claudia Wilken*

Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

00239.00157/178373.1