Douglas N. Freifeld, SBN 114804
dfreifeld@fagenfriedman.com
Lenore Silverman, SBN 146112
lsilverman@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL
DISTRICT and ANGIE SHARBAUGH

Jean M. Adams, SBN 138458
jmurrelladams@adamsesq.com
ADAMS ESQ
1300 Clay Street, Suite 600
Oakland, CA 94612
Phone: (510) 832-6000
Fax: (510) 832-3099

Attorneys for Plaintiffs
T.M. AND LATANYA BENSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| T.M., a minor, by Guardian ad Litem LATANYA BENSON and LATANYA BENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT and ANGIE SHARBAUGH, individually and in her official capacity, and DOES 2-20,<br><br>Defendants. | CASE NO. C09-01463<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to United States District Court Northern District Civil Local Rules 6-2 and 7-12, the parties to the above-captioned matter submit this stipulation to request an order continuing the

date of the case management conference currently scheduled for April 20, 2010, to May 11, 2010.

WHEREAS, the parties believe that the additional time may permit the parties time to attempt to narrow the issues;

WHEREAS, the parties mutually agree that it would be the most effective use of resources to have the CMC statement also incorporate the FRCP Rule 26 Report.

The parties hereto stipulate as follows:

## **STIPULATION**

1. The Case Management Conference shall be continued from April 20, 2010, to May 11, 2010, at 2:00 p.m.

2. The Joint Case Management Conference Statement, also incorporating the required contents of the FRCP Rule 26 Report, accordingly, will be submitted by the parties on April 27, 2010.

**THE PARTIES SO STIPULATE:**

DATED: April 1, 2010                ADAMS ESQ.


By:  /s/ Jean M. Adams
     Jean M. Adams
     Attorneys for T.M. and LATANYA BENSON

DATED: April 1, 2010                FAGEN FRIEDMAN & FULFROST, LLP


By:  /s/ Joshua A. Stevens
     Joshua A. Stevens
     Attorneys for SAN FRANCISCO UNIFIED
     SCHOOL DISTRICT and ANGIE
     SHARBAUGH

**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to the Stipulation To Continue Case Management Conference submitted by the parties to this action,

IT IS HEREBY ORDERED that the Case Management Conference shall be continued from April 20, 2010, to May 11, 2010, at 2:00 p.m.

The Joint Case Management Conference Statement, also incorporating the required contents of the FRCP Rule 26 Report, accordingly, will be submitted by the parties on April 27, 2010.

IT IS SO ORDERED.

Dated: 4/2/2010

Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

00239.00157/190855.1