Jean Murrell Adams Esq., SBN: 138458
Natashe Washington Esq., SBN: 250077
ADAMS ESQ, a Professional Corporation
1300 Clay Street, Suite 600
Oakland, CA 94612
Ph:   (510) 832-6000
Fax: (510) 832-3099
Email: jmurrelladams@adamsesq.com

Attorneys for Plaintiffs, T.M., a minor,
By Guardian ad Litem LATANYA BENSON
and LATANYA BENSON

Douglas N. Freifeld, SBN 114804
Lenore Silverman, SBN146112
Joshua A. Stevens, SBN 228239
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, CA 94607
Ph: (510) 550-8200
Fax: (510) 550-8211
Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL
DISTRICT and ANGIE SHARBAUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| T.M., a minor, by Guardian ad Litem LATANYA BENSON and LATANYA BENSON,<br><br>                Plaintiffs,<br><br>        vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT and ANGIE SHARBAUGH<br><br>                Defendants. | Case No.: C09-01463 CW<br><br>**JOINT STIPULATION AND (PROPOSED) ORDER TO CONTINUE SUMMARY JUDGMENT AND BRIEFING SCHEDULE**<br> (AS MODIFIED) |

Pursuant to United States District Court Northern District Civil Local Rules 6-2 and 7-12 the parties to the above-captioned matter submit this stipulation to request an order continuing the dates of the following, Plaintiff's opening brief currently due on July 16, 2010;

Defendant's opposition/cross motion currently due on August 16, 2010; Plaintiff's reply/opposition to cross motion currently due on September 7, 2010; Defendant's reply currently due on September 16, 2010; Pretrial Conference currently scheduled for October 14, 2010 at 2:00 p.m.

The parties propose the following dates; Plaintiff's opening brief due on August 16, 2010; Defendant's opposition/cross motion due on September 16, 2010; Plaintiff's reply/opposition to cross motion due on October 8, 2008; Defendant's reply due on October 18, 2010; Pretrial Conference moved to November 16, 2010 at 2:00 p.m.

WHEREAS, these current dates were set at the case management conference which was held on May 11, 2010 and the settlement conference was subsequently scheduled for July 23, 2010 (the earliest date available for the Magistrate Judge and the parties). The parties do not wish to needlessly incur attorney fees in preparation of the Summary Judgment Motion prior to the settlement conference.

The parties hereto stipulate as follows:

### STIPULATION

1.  The Case Management Order dates shall be continued as set forth above.

**THE PARTIES SO STIPULATE:**

Dated: June 7, 2010         ADAMS ESQ.

By: /s/ Jean Murrell Adams
Jean Murrell Adams
Attorneys for T.M. and LATANYA BENSON

Dated: June 7, 2010         FAGEN FRIEDMAN & FULFROST, LLP

By: /s/Joshua A. Stevens
Joshua A. Stevens
Attorneys for SAN FRANCISCO UNIFIED
SCHOOL DISTRICT and ANGIE SHARBAUGH

# ~~(PROPOSED)~~ ORDER TO CONTINUE SUMMARY JUDGMENT AND BRIEFING SCHEDULE

Pursuant to the Stipulation To Continue Summary Judgment and Briefing Schedule submitted by the parties to this action,

IT IS HEREBY ORDERED that the followings dates shall be continued; Plaintiff's opening brief to August 16, 2010; Defendant's opposition/cross motion to September 16, 2010; Plaintiff's reply/opposition to cross motion to October 8, 2010, Defendant's reply to October 18, 2010, ~~Pretrial Conference~~ **Motions Hearing** to November ~~16~~ **18**, 2010 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 6/10/2010

Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE