1  Jean Murrell Adams Esq., SBN: 138458
2  Natashe Washington Esq., SBN: 250077
   ADAMS ESQ, a Professional Corporation
3  1300 Clay Street, Suite 600
   Oakland, CA 94612
4  Ph:   (510) 832-6000
5  Fax:  (510) 832-3099
   Email: jmurrelladams@adamsesq.com
6

7  Attorneys for Plaintiffs, T.M., a minor,
   By Guardian ad Litem LATANYA BENSON
8  and LATANYA BENSON

9
   Douglas N. Freifeld, SBN 114804
10 Lenore Silverman, SBN146112
   Joshua A. Stevens, SBN 228239
11 FAGEN FRIEDMAN & FULFROST, LLP
12 70 Washington Street, Suite 205
   Oakland, CA 94607
13 Ph: (510) 550-8200
   Fax: (510) 550-8211
14 Attorneys for Defendants
15 SAN FRANCISCO UNIFIED SCHOOL
   DISTRICT and ANGIE SHARBAUGH
16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

19

20 | T.M., a minor, by Guardian ad Litem | ) Case No.: C09-01463 CW
   | LATANYA BENSON and LATANYA          | )
21 | BENSON,                             | )
                                         ) **STIPULATION FOR DISMISSAL**
22           Plaintiffs,                 )
                                         )
23       vs.                             )
                                         )
24                                       )
   SAN FRANCISCO UNIFIED SCHOOL          )
25 DISTRICT and ANGIE SHARBAUGH          )
                                         )
26           Defendants.                 )
                                         )
27                                       )

28

                              STIPULATION FOR DISMISSAL

Plaintiff's T.M., a minor, by Guardian ad Litem Latanya Benson and Latanya Benson and Defendant's San Francisco Unified School District and Angie Sharbaugh (collectively known as "Parties") hereby stipulate that pursuant to the settlement agreement reached by the Parties, the above referenced case be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: August 30, 2010         ADAMS ESQ.

By: /s/ Jean Murrell Adams
Jean Murrell Adams
Attorneys for T.M. and LATANYA BENSON

Dated: August 30, 2010         FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Douglas B. Freifeld
Douglas N. Freifeld
Attorneys for SAN FRANCISCO UNIFIED
SCHOOL DISTRICT and ANGIE SHARBAUGH

### ORDER

The Court, having reviewed and considered the foregoing and finding good cause, PURSUANT TO STIPULATION DOES HEREBY ORDER that Case No. C09-01463 CW be dismissed with prejudice.

Dated: __9/1/2010__

*[signature]*

Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

00239.00157/221265.1

STIPULATION FOR DISMISSAL